# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREDERICK REDDITT,** : | |
| Petitioner, : | |
| : | |
| v. : | Civ. No. 19-5404 |
| : | |
| **TAMMY FERGUSON, et al.,** : | |
| Respondents. : | |

## ORDER

**AND NOW**, this 27th day of January, 2021, it is hereby **ORDERED** as follows:

1. Judge Rueter's Report and Recommendation (Doc. No. 11) is **APPROVED** and **ADOPTED**;

2. Petitioner Frederick Redditt's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED** with prejudice;

3. A Certificate of Appealability shall **NOT ISSUE**. See 28 U.S.C. § 2253(c)(1)(A); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4. The **CLERK OF COURT** shall **REMOVE** this case from **Suspense** and **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.